FORM B9A(Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10−00195−FLK7**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of EASTERN DISTRICT OF WASHINGTON

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on January 15, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Danial B King<br>fka Mr. Rooter Plumbing of Las Vegas, fka Oak Creek Enterprise, fka STAMR LP<br>1560 N Dallas Rd<br>Beton City, WA 99320 | Jill E King<br>fka Mr. Rooter Plumbing of Las Vegas, fka Oak Creek Enterprise, fka STAMR LP<br>1560 N Dallas Rd<br>Beton City, WA 99320 |
| Case Number:<br>10−00195−FLK7 | Last four digits of Social Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>xxx−xx−9352<br>xxx−xx−1542 |
| **Attorney for Debtor(s)** (name and address):<br>William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336−0498<br>Telephone number: 509 586−7797 | **Bankruptcy Trustee** (name and address):<br>Jan R Armstrong<br>Armstrong Klym Waite Atwood & Jameson PS<br>660 Swift Blvd Suite A<br>Richland, WA 99352<br>Telephone number: (509) 943−4681 |

## Meeting of Creditors

Date: **February 10, 2010**            Time: **11:00 AM**
Location: **Richland Federal Building, 825 Jadwin Avenue, Richland, WA**
The trustee convenes and presides at the meeting of creditors – 11 USC Section 341.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: April 12, 2010**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>904 W Riverside Ave, Suite 304<br>Spokane, WA 99201<br>Telephone number: (509) 458−5300 | **For the Court:**<br>Clerk of the Bankruptcy Court |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: January 19, 2010 |

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Requests for Copies and Master Mailing Lists | Phone No (509) 458–5300, the cost is 0.50 per page.<br>Internet address: http://www.waeb.uscourts.gov/ |
| Proof of Identity | Acceptable proof of identity is a valid state driver's license, government issued picture identification card, U.S. passport or legal resident alien card. Acceptable proof of correct social security is an original social security card, current W–2 form, or a payroll stub. Other comparable forms of official identification showing both the name and social security number are acceptable. |
| Appointment of Trustee | Pursuant to Bankruptcy Code Sec 701 and FRBP 2008, the bankruptcy trustee named on the front side of this form is appointed trustee of the estate of the named debtor(s) to serve under the trustee's blanket bond. The appointment is made effective the date of this notice. Robert D. Miller Jr., Assistant US Trustee |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: wendyi              Page 1 of 2              Date Rcvd: Jan 19, 2010
Case: 10-00195                Form ID: b9a              Total Noticed: 42
```

The following entities were noticed by first class mail on Jan 21, 2010.
```
db/jdb      +Danial B King,   Jill E King,   1560 N Dallas Rd,   Beton City, WA 99320-8564
aty          William L Hames,   Hames Anderson & Whitlows PS,   PO Box 5498,   Kennewick, WA 99336-0498
tr          +Jan R Armstrong,   Armstrong Klym Waite Atwood & Jameson PS,   660 Swift Blvd Suite A,
             Richland, WA 99352-3560
ust         +US Trustee,   US Court House,   920 W Riverside Ave, Suite 593,   Spokane, WA 99201-1012
2895094     +Ace Dura Flo,   1370 Reynolds Ave Ste. 112,   Irvine, CA 92614-5546
2895095     +America West Bank,   110 South Ferrall St.,   Spokane, WA 99202-4800
2895101      BVK Direct,   PO Box 78189,   Milwaukee, WI 53278-0189
2895098     +Benton County Treasures,   620 Market St,   Prosser, WA 99350-1300
2895099     +Bishop, White & Marshall, PS,   720 Olive WAy, Suite 1301,   Seattle, WA 98101-1834
2895100     +Brian D Shapiro,   411 EAst Bonneville Ave.,   Suite 300,   Las Vegas, NV 89101-6632
2895102     +Capital Management Services,   726 Exchange Street Suite 700,   Buffalo, NY 14210-1464
2895105     +Community Bank of NV,   3500 W.Sahara Ave,   Las Vegas, NV 89102-5867
2895106     +Creditors Financial Group, LLC,   PO BOX 440290,   Aurora, CO 80044-1500
2895091     +Danial B. King,   1560 N Dallas Rd,   Benton City, WA 99320-8564
2895107     +Faux Law Group,   1540 W. Warm Springs Rd St 100,   Henderson, NV 89014-4336
2895108     +Jason Woeler,   705 Second Avenue, STE 605,   Seattle, WA 98104-1715
2895092     +Jill E. King,   1560 N Dallas Rd,   Benton City, WA 99320-8564
2895109     +John Akoihan,   PO Box 398,   Sun Valley, CA 91353-0398
2895110     +Kennewick Irrigation District,   12 West Kennewick Ave.,   Kennewick, WA 99336-3832
2895111      Key Equipment Finance,   PO BOX 74713,   Cleveland, OH 44194-0796
2895112     +Lawrence Snow,   1490 N 300 E.,   Lehi, UT 84043-1298
2895113      Leaf,   PO Box 644006,   Cincinnati, OH 45264-4006
2895114      Lease Corp of America,   PO Box 1297,   Troy, MI 48099-1297
2895116      NPC,   7851 W.185th St.Ste 200,   Minooka, IL 60447
2895117     +NV State Contractor's Board,   2310 Corporate Circle #200,   Henderson, NV 89074-7729
2895115      Nationwide Recovery Sytems,   PO BOX 702073,   Dallas, TX 75370-2257
2895118     +Phoenix Law Solutions,   10000 North 31st Avenue,   Suite C-301,   Phoenix, AZ 85051-0910
2895119     +Platzer, Swergold, Karlin,,   1065 Avenue of the americas,   New York, NY 10018-1878
2895120      Rutan Attorneys at Law,   PO BOX 1950,   Costa Mesa, CA 92628-1950
2895122     +Trade Service Northwest, Inc.,   PO BOX 826,   Richland, WA 99352-0826
2895123      US Bank/Mainfest Funding,   PO Box 790448,   Saint Louis, MO 63179-0448
2895125      WA Trust Bank,   PO Box 2127,   Wenatchee, WA 98807
2895093     +William L. Hames,   601 West Kennewick Avenue,   Kennewick, WA 99336-3552
2895127      Zicker & Associates,   80 Minute Rd.,   New York, NY
```
The following entities were noticed by electronic transmission on Jan 20, 2010.
```
tr          +EDI: BJRARMSTRONG.COM Jan 19 2010 21:23:00    Jan R Armstrong,
             Armstrong Klym Waite Atwood & Jameson PS,   660 Swift Blvd Suite A,   Richland, WA 99352-3560
smg          EDI: WADEPREV.COM Jan 19 2010 21:23:00    State of Washington,   Department of Revenue,
             2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
2895096      EDI: AMEREXPR.COM Jan 19 2010 21:23:00    American Express,   PO Box 650448,
             Dallas, TX 75265-0448
2895097      EDI: BANKAMER.COM Jan 19 2010 21:23:00    Bank of America,   PO Box 15710,
             Wilmington, DE 19886-5710
2895103      EDI: CHASE.COM Jan 19 2010 21:23:00    Chase Bank USA, NA,   PO Box 94014,
             Palatine, IL 60094-4014
2895104     +Fax: 509-667-6488 Jan 20 2010 03:05:19    Chelan County Treasurer,   PO BOX 1441,
             Wenatchee, WA 98807-1441
2895121      E-mail/Text: kenm@summitleasing.com                           Summit Leasing,   PO BOX 7,
             Yakima, WA 98907
2895124     +EDI: USAA.COM Jan 19 2010 21:23:00    USAA Mastercard,   10750 McDermott Fwy,
             San Antonio, TX 78284-8850
2895126      EDI: WFFC.COM Jan 19 2010 21:23:00    Wells Fargo Business Line,   PO Box 54349,
             Los Angeles, CA 90054-0349
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2010              Signature:  */s/ Joseph Speetjens*