Form: ntcdbpfm
Rev: 03/11/2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                                       Case Number: **10–00195–FLK7**

**Danial B King**                               Chapter: **7**
(Debtor)

**NOTICE TO DEBTOR(S) REGARDING PERSONAL FINANCIAL MANAGEMENT COURSE**

**Jill E King**
(Joint Debtor)

To:
Danial B King
Jill E King
William L Hames
William L Hames

Each debtor seeking a discharge must complete, after filing a petition, an instructional course concerning personal financial management, and file with the court a certificate of completion. In a Chapter 7 case, the certificate of completion must be filed by the debtor within 45 days after the first date set for the meeting of creditors.

A list of the approved providers of the personal financial management course is located on the court's Web site at www.waeb.uscourts.gov, under General Information/ Financial Management.

The requirements regarding the instructional course concerning personal financial management, as well as exceptions to the requirement, are set out in Title 11, Section 727(a)(11), of the United States Bankruptcy Code, and in the Federal Rules of Bankruptcy Procedure 1007(b)(7) and (c).


Date: January 19, 2010                                                                                        Beverly A. Benka
                                                                                                                           CLERK OF COURT

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: wendyi          Page 1 of 1             Date Rcvd: Jan 19, 2010
Case: 10-00195                Form ID: ntcdbpfm     Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 21, 2010.
db/jdb       +Danial B King,   Jill E King,   1560 N Dallas Rd,   Beton City, WA 99320-8564

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                       Signature:      _Joseph Speetjens_