B6F (Official Form 6F) (12/07)

In re Danial B. King and Jill E. King
_____
Debtor(s)

Case No. 10-00195
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Ace Dura Flo <br> 1370 Reynolds Ave Ste. 112 <br> Irvine CA 92614 | C | September 2007 <br> Business Debt | | | | $ 36,272.00 |
| Account No: <br> Representing: <br> Ace Dura Flo | | Rutan Attorneys at Law <br> PO BOX 1950 <br> Costa Mesa CA 92628-1950 | | | | |
| Account No: 0413 <br> Creditor # : 2 <br> America West Bank <br> 110 South Ferrall St. <br> Spokane WA 99202 | C | June 2006 <br> Business Debt | | | | $ 44,459.00 |
| Account No: 1004 <br> Creditor # : 3 <br> American Express <br> PO Box 650448 <br> Dallas TX 75265-0448 | C | June 2004 <br> Business Debt | | | | $ 23,810.00 |
| 5 continuation sheets attached | | | | Subtotal $ | | $ 104,541.00 |
| | | | | Total $ <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | |

In re _Danial B. King and Jill E. King_ , Case No. _10-00195_
      Debtor(s)                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1004 Representing: American Express | | Zicker & Associates 80 Minute Rd. New York NY | | | | |
| Account No: 1004 Representing: American Express | | Bishop, White & Marshall, PS 720 Olive WAy, Suite 1301 Seattle WA 98101 | | | | |
| Account No: 7224 Creditor # : 4 Bank of America PO Box 15710 Wilmington DE 19886-5710 | | C / June 2007 / Business Debt | | | | $ 5,825.00 |
| Account No: 7224 Representing: Bank of America | | Creditors Financial Group, LLC PO BOX 440290 Aurora CO 80044-0290 | | | | |
| Account No: 8-IN Creditor # : 5 BVK Direct PO Box 78189 Milwaukee WI 53278-0189 | | C / June 2007 / Business Debt | | | | $ 16,400.00 |
| Account No: 9979 Creditor # : 6 Chase Bank USA, NA PO Box 94014 Palatine IL 60094-4014 | | C / November 2007 / Business Debt | | | | $ 14,756.00 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 36,981.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Danial B. King and Jill E. King_, Debtor(s)   Case No. 10-00195 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 9979 Representing: Chase Bank USA, NA | | Capital Management Services 726 Exchange Street Suite 700 Buffalo NY 14210 | | | | |
| Account No: 7108 Creditor # : 7 Community Bank of NV 3500 W.Sahara Ave Las Vegas NV 89102 | | C September 2003 Business Debt | | | | $ 32,551.00 |
| Account No: -131 Creditor # : 8 Faux Law Group 1540 W. Warm Springs Rd St 100 Henderson NV 89014 | | C April 2008 Business Debt | | | | $ 4,272.00 |
| Account No: -131 Representing: Faux Law Group | | Phoenix Law Solutions 10000 North 31st Avenue Suite C-301 Phoenix AZ 85051 | | | | |
| Account No: Creditor # : 9 John Akoihan PO Box 398 Sun Valley CA 91353 | | C June 2009 Business Debt | | | | $ 5,000.00 |
| Account No: Creditor # : 10 Kathy Dickerson 2771 Olivia Heights Ave. Henderson NV 89052 | | C Business | | | | $ 10,000.00 |

Sheet No. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 51,823.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Danial B. King and Jill E. King_, Debtor(s)

Case No.  10-00195 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 77-2<br>Creditor # : 11<br>Key Equipment Finance<br>PO BOX 74713<br>Cleveland OH 44194-0796 | | C | September, 30 2009<br>Business Debt | | | | $ 11,275.00 |
| Account No: -000<br>Creditor # : 12<br>Leaf<br>PO Box 644006<br>Cincinnati OH 45264-4006 | | C | June 2003<br>Business | X | | | $ 18,730.00 |
| Account No: -000<br>Representing:<br>Leaf | | | Platzer, Swergold, Karlin,<br>1065 Avenue of the americas<br>New York NY 10018 | | | | |
| Account No: -000<br>Representing:<br>Leaf | | | Brian D Shapiro<br>411 EAst Bonneville Ave.<br>Suite 300<br>Las Vegas NV 89101 | | | | |
| Account No: 1933<br>Creditor # : 13<br>Lease Corp of America<br>PO Box 1297<br>Troy MI 48099-1297 | | C | June 2003<br>Business | X | | | $ 553.00 |
| Account No: 9792<br>Creditor # : 14<br>NPC<br>7851 W.185th St.Ste 200<br>Minooka IL 60447 | | C | August 2008<br>Business | X | | | $ 4,273.00 |

Sheet No. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 34,831.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Danial B. King and Jill E. King_ , Case No. _10-00195_
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0026 Creditor # : 15 NV State Contractor's Board 2310 Corporate Circle #200 Henderson NV 89074 | | C June 2009 | | | | $ 6,500.00 |
| Account No: Creditor # : 16 SAM MARCHESE 2284 TRAFALGAR CT Henderson NV 89074-5340 | | C | | | | $ 6,000.00 |
| Account No: 1669 Creditor # : 17 Summit Leasing PO BOX 7 Yakima WA 98907 | | C June 2004 Business | X | | | $ 4,027.00 |
| Account No: -000 Creditor # : 18 US Bank/Mainfest Funding PO Box 790448 Saint Louis MO 63179-0448 | | C March 2003 Business | X | | | $ 14,831.00 |
| Account No: -000 Representing: US Bank/Mainfest Funding | | Nationwide Recovery Sytems PO BOX 702257 Dallas TX 75370-2257 | | | | |
| Account No: 5380 Creditor # : 19 USAA Mastercard 10750 McDermott Fwy San Antonio TX 78228-0570 | | C June 2005 Credit Card Purchases | X | | | $ 16,960.00 |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 48,318.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Danial B. King and Jill E. King_, Debtor(s)　　　　Case No. _10-00195_ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3424<br>Creditor # : 20<br>Wells Fargo Business Line<br>PO Box 54349<br>Los Angeles CA 90054-0349 | | C | December 2002<br>Business | X | | | $ 56,251.00 |
| Account No: 3424<br>Representing:<br>Wells Fargo Business Line | | | Jason Woeler<br>705 Second Avenue, STE 605<br>Seattle WA 98104-1721 | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _5_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　$ 56,251.00

Total $　　$ 332,745.00
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

1  William L Hames
   HAMES, ANDERSON & WHITLOW, P.S.
2  601 W. KENNEWICK AVE.
   KENNEWICK, WA 99336-0498
3  (509)586-7797 (509)586-3674 fax

4
                    UNITED STATES BANKRUPTCY COURT
5                    EASTERN DISTRICT OF WASHINGTON

6

7  In re:                              )
                                        )  Case No.: 10-00195
8  JILL E AND DANIAL B KING             )
                                        )  DECLARATION AMENDING
       Debtors                          )  SCHEDULE F
9                                       )

10
       I, Jill King, am a debtor in the above-captioned proceeding and have personal
11
   knowledge of the facts contained in this declaration.
12
       That I hereby amend Schedule F in the above referenced bankruptcy by adding
13
   Sam Marchese and Kathy Dickerson. They should have been listed on Schedule F as unsecured
14
   creditors. Attached hereto and by this reference made a part hereof is the aforementioned
15
   amendment.

16
       I declare under penalty of perjury under the laws of the State of Washington that the
17
   foregoing is true and correct.

18
       DATED this  15  day of April 2010.
19

20

21

22                                              _____
                                                        Jill E King
23

24

25


   DECLARATION AMENDING SCHEDULE F - 1        HAMES, ANDERSON & WHITLOW, P.S.
                                                  601 W. KENNEWICK AVE.
                                                  KENNEWICK, WA 99336-0498
                                               (509)586-7797 (509)586-3674 fax

# MASTER MAILING LIST REVISION FORM

**Debtor(s) Name:**　　　　　　　　　　　　**Case Number: 10-00195**
**Jill E and Danial B King**

Names and Address to be added or changed on the Master Mailing list:

**ADD** to mailing list　　　　　　　　　　**CHANGE** address on mailing list
Sam Marchese
2284 Trafalgar CT.
Henderson, NV 89074-5340

☐ Debtor(s)　　　　　　　　　　　　　　　☐ Debtor(s):
　　☐ Husband,　☐ Wife,　x Both　　　　　☐ Husband,　☐ Wife,　☐ Both

**ADD** to mailing list:　　　　　　　　　　**CHANGE** address on mailing list:
Kathy Dickernson
2771 Olivia Heights Ave.
Henderson, NV 89052

☐ Debtor(s)　　　　　　　　　　　　　　　x Debtor(s):
　　☐ Husband,　☐ Wife,　x Both　　　　　☐ Husband,　x Wife,　☐ Both

Note: If more than two names, please attach a matrix, listing <u>only</u> the additional or corrected names and addresses.

Signature:
_____ #12193
William L Hames

MML Addition/Revision (Clerk's use only)

By:_____

(Deputy Clerk)

Date: _____

Date 4/15/10