# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                          Case Number: **10–00195–FLK7**

**Danial B King**                               Chapter: **7**
(Debtor)

                                                **NOTICE OF NEED TO FILE PROOF OF CLAIM**
**Jill E King**                                 **DUE TO RECOVERY OF ASSETS**
(Joint Debtor)

---

To: Creditors and Other Parties In Interest

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **September 10, 2010**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form is included with this notice. It may be filed by regular mail. To receive acknowledgement of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

US Bankruptcy Court
Eastern District of Washington
904 W Riverside Ste 304
PO Box 2164
Spokane, WA 99210

Date: June 10, 2010                             CLERK OF COURT

                                                 /s/ Wendy Jo Imming

                                                Deputy Clerk