**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**
**EASTERN WASHINGTON DISTRICT DIVISION**

| | |
|---|---|
| In re: KING, DANIAL B | § Case No. 10-00195-FLK7 |
| KING, JILL E | § |
| VEGAS, ROOTER LAS | § |
| Debtor(s) VEGAS, ROOTER LAS | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Jan R. Armstrong, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $469,815.81    Assets Exempt: $82,193.81
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,910.49    Claims Discharged
                  Without Payment: $421,697.54

Total Expenses of Administration: $2,822.20

---

  3) Total gross receipts of $ 16,732.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,732.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $246,631.78 | $7,994.84 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,822.20 | 2,822.20 | 2,822.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 316,745.00 | 118,863.03 | 118,863.03 | 13,910.49 |
| **TOTAL DISBURSEMENTS** | $563,376.78 | $129,680.07 | $121,685.23 | $16,732.69 |

4) This case was originally filed under Chapter 7 on January 15, 2010. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2012          By: /s/Jan R. Armstrong
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Land 5 Acres, Parcell # 1-2097-300-0065-000 | 1110-000 | 6,135.00 |
| Chase Business Account Checking | 1129-000 | 1,700.00 |
| USAA Federal Savings Bank Checking-$6500 Savings | 1129-000 | 8,895.00 |
| Interest Income | 1270-000 | 2.69 |
| **TOTAL GROSS RECEIPTS** | | **$16,732.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chelan County Treasurer | 4110-000 | 3,280.73 | 7,994.84 | 0.00 | 0.00 |
| NOTFILED | Benton County Treasures | 4110-000 | 196.13 | N/A | N/A | 0.00 |
| NOTFILED | Trade Service Northwest, Inc. | 4110-000 | 4,390.65 | N/A | N/A | 0.00 |
| NOTFILED | Kennewick Irrigation District | 4110-000 | 410.27 | N/A | N/A | 0.00 |
| NOTFILED | WA Trust Bank | 4110-000 | 88,354.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence Snow | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$246,631.78** | **$7,994.84** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jan R. Armstrong | 2100-000 | N/A | 2,423.27 | 2,423.27 | 2,423.27 |
| Jan R. Armstrong | 2200-000 | N/A | 228.60 | 228.60 | 228.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 20.33 | 20.33 | 20.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,822.20 | $2,822.20 | $2,822.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American West Bank | 7100-000 | N/A | 44,680.22 | 44,680.22 | 5,228.91 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 14,755.95 | 14,755.95 | 1,726.88 |
| 4 | Capital Undemnity Corp. | 7100-000 | N/A | 3,244.36 | 3,244.36 | 379.69 |
| 5 | BVK Direct | 7100-000 | N/A | 16,400.00 | 16,400.00 | 1,919.28 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 23,810.30 | 23,810.30 | 2,786.51 |
| 7 | Leaf Funding, Inc. | 7100-000 | N/A | 15,972.20 | 15,972.20 | 1,869.22 |
| NOTFILED | Leaf | 7100-000 | 18,730.00 | N/A | N/A | 0.00 |
| NOTFILED | Leaf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business Line | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance | 7100-000 | 11,275.00 | N/A | N/A | 0.00 |
| NOTFILED | Faux Law Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Akoihan | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Leaf | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NPC | 7100-000 | 4,273.00 | N/A | N/A | 0.00 |
| NOTFILED | Lease Corp of America | 7100-000 | 553.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank/Mainfest Funding | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Bank/Mainfest Funding | 7100-000 | 14,831.00 | N/A | N/A | 0.00 |
| NOTFILED | Faux Law Group | 7100-000 | 4,272.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Mastercard | 7100-000 | 16,960.00 | N/A | N/A | 0.00 |
| NOTFILED | NV State Contractor's Board | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business Line | 7100-000 | 56,251.00 | N/A | N/A | 0.00 |
| NOTFILED | Summit Leasing | 7100-000 | 4,027.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Bank of NV | 7100-000 | 32,551.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace Dura Flo | 7100-000 | 36,272.00 | N/A | N/A | 0.00 |
| NOTFILED | America West Bank | 7100-000 | 44,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace Dura Flo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BVK Direct | 7100-000 | 16,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, NA | 7100-000 | 14,756.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 23,810.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $316,745.00 | $118,863.03 | $118,863.03 | $13,910.49 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00195-FLK7  
**Case Name:** KING, DANIAL B  
KING, JILL E  
**Period Ending:** 06/08/12

**Trustee:** (670020) Jan R. Armstrong  
**Filed (f) or Converted (c):** 01/15/10 (f)  
**§341(a) Meeting Date:** 02/10/10  
**Claims Bar Date:** 09/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1560 N Dallas, Benton City, WA 99320 | 135,800.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1352 Wispering, Wenatche, WA 98801  Court entered trustee abandonment order on 6-11-10 (Doc.29). Realtor evaluated real property which has partially unfinished home and does not believe the value exceeds the debt. In addition, this real property is subject to ongoing litigation from a neighboring property regarding easement and lateral support issues. | 294,573.00 | 0.00 | OA | 0.00 | FA |
| 3 | Land 5 Acres, Parcell # 1-2097-300-0065-000  Real property was listed for two years and trustee was unable to sell. Compromise and settlement agreement netted $6,135 to bankruptcy estate. | 27,090.00 | 27,090.00 | | 6,135.00 | FA |
| 4 | Chase Bank | 95.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Business Account Checking | 1,700.00 | 1,700.00 | | 1,700.00 | FA |
| 6 | USAA Federal Savings Bank Checking-$6500 Savings | 9,000.00 | 8,895.00 | | 8,895.00 | FA |
| 7 | Household Furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 380 Caliber Pistol | 68.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA | 11,333.54 | 0.00 | DA | 0.00 | FA |
| 12 | IRA | 1,561.27 | 0.00 | DA | 0.00 | FA |
| 13 | IRA  Orig. Asset Memo: Imported from original petition Doc# 1 | 13,785.00 | 0.00 | DA | 0.00 | FA |
| 14 | Tax Refund | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Lexus | 4,800.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2003 Chevrolet 1500 | 4,000.00 | 409.35 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.69 | FA |
| 17 | **Assets** Totals (Excluding unknown values) | **$507,605.81** | **$38,094.35** | | **$16,732.69** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00195-FLK7  
**Case Name:** KING, DANIAL B  
KING, JILL E  
**Period Ending:** 06/08/12

**Trustee:** (670020) Jan R. Armstrong  
**Filed (f) or Converted (c):** 01/15/10 (f)  
**§341(a) Meeting Date:** 02/10/10  
**Claims Bar Date:** 09/10/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property <u>Abandoned</u> OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Debtor has turned over non-exempt bank balances of $10,595 (Assets #5 and #6). Trustee was unable to sell the 5 acres in rural Benton County (Asset #3). Trustee and debtors entered into a Compromise and Settlement Agreement providing for the payment of $6,135 to settle any claim the bankruptcy estate has to the real property (Docket No. 42). The court entered an order approving the agreement on March 3, 2012 (Docket No. 47) and the trustee has received the funds from the debtors. The trustee has filed an application for administrative expenses. The Trustee Final Report was filed on March 26, 2012 (Docket No. 53). The trustee filed and served the Notice of Final Report on March 28, 2012 (Docket No. 54). When the court enters an order approving administrative fees, then the trustee will distribute the bankruptcy estate funds for such fees and to claims and complete estate administration.

**Initial Projected Date Of Final Report (TFR):** September 30, 2011  **Current Projected Date Of Final Report (TFR):** March 26, 2012 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-00195-FLK7 | **Trustee:** | Jan R. Armstrong (670020) |
| **Case Name:** KING, DANIAL B / KING, JILL E | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******93-65 - Money Market Account |
| **Taxpayer ID #:** **-***5562 | **Blanket Bond:** | $82,344,543.00 (per case limit) |
| **Period Ending:** 06/08/12 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | {6} | Hames, Anderson & Whitlow, P.S. | Payment for overages in banking account | 1129-000 | 8,895.00 | | 8,895.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 8,895.10 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,895.60 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,896.13 |
| 08/26/10 | {5} | Hames, Anderson & Whitlow, P.S. | Payment for non exempt funds in Chase business account | 1129-000 | 1,700.00 | | 10,596.13 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.54 | | 10,596.67 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,596.75 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,596.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,596.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.01 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,597.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.27 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,597.35 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,597.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.61 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 20.33 | 10,577.28 |
| 08/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 10,577.36 |
| 08/30/11 | | To Account #9200******9366 | Transfer funds for TFR | 9999-000 | | 10,577.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,597.69 | 10,597.69 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 10,577.36 | |
| | | | **Subtotal** | | **10,597.69** | **20.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,597.69** | **$20.33** | |

{} Asset reference(s)

Printed: 06/08/2012 09:30 AM V.13.02

10-00195-FLK7    Doc 58    Filed 06/20/12    Entered 06/20/12 09:41:44    Pg 9 of 11

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-00195-FLK7 | Trustee: | Jan R. Armstrong (670020) |
|---|---|---|---|
| Case Name: | KING, DANIAL B | Bank Name: | The Bank of New York Mellon |
| | KING, JILL E | Account: | 9200-******93-66 - Checking Account |
| Taxpayer ID #: | **-***5562 | Blanket Bond: | $82,344,543.00  (per case limit) |
| Period Ending: | 06/08/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/30/11 | | From Account #9200******9365 | Transfer funds for TFR | 9999-000 | 10,577.36 | | 10,577.36 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,552.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,527.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,502.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,477.36 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,452.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,427.36 |
| 03/07/12 | {3} | Hames, Anderson & Whitlow, P.S. | Payment per Compromise and Settlement agreement | 1110-000 | 6,135.00 | | 16,562.36 |
| 04/26/12 | 101 | American West Bank | Dividend paid  11.70% on $44,680.22; Claim# 2; Filed: $44,680.22; Reference: | 7100-000 | | 5,228.91 | 11,333.45 |
| 04/26/12 | 102 | Chase Bank USA NA | Dividend paid  11.70% on $14,755.95; Claim# 3; Filed: $14,755.95; Reference: | 7100-000 | | 1,726.88 | 9,606.57 |
| 04/26/12 | 103 | Capital Undemnity Corp. | Dividend paid  11.70% on $3,244.36; Claim# 4; Filed: $3,244.36; Reference: | 7100-000 | | 379.69 | 9,226.88 |
| 04/26/12 | 104 | BVK Direct | Dividend paid  11.70% on $16,400.00; Claim# 5; Filed: $16,400.00; Reference: | 7100-000 | | 1,919.28 | 7,307.60 |
| 04/26/12 | 105 | American Express Bank, FSB | Dividend paid  11.70% on $23,810.30; Claim# 6; Filed: $23,810.30; Reference: | 7100-000 | | 2,786.51 | 4,521.09 |
| 04/26/12 | 106 | Leaf Funding, Inc. | Dividend paid  11.70% on $15,972.20; Claim# 7; Filed: $15,972.20; Reference: | 7100-000 | | 1,869.22 | 2,651.87 |
| 04/26/12 | 107 | Jan R. Armstrong | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,651.87 | 0.00 |
| | | | Dividend paid 100.00%   2,423.27 on $2,423.27;  Claim# ; Filed: $2,423.27 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   228.60 on $228.60;  Claim# ; Filed: $228.60 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 16,712.36 | 16,712.36 | $0.00 |
| | | | Less: Bank Transfers | | 10,577.36 | 0.00 | |
| | | | Subtotal | | 6,135.00 | 16,712.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,135.00 | $16,712.36 | |

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-00195-FLK7 | | **Trustee:** | Jan R. Armstrong (670020) |
|---|---|---|---|---|
| **Case Name:** | KING, DANIAL B | | **Bank Name:** | The Bank of New York Mellon |
| | KING, JILL E | | **Account:** | 9200-******93-66 - Checking Account |
| **Taxpayer ID #:** | **-***5562 | | **Blanket Bond:** | $82,344,543.00  (per case limit) |
| **Period Ending:** | 06/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |
|---|---|
| Net Receipts : | 16,732.69 |
| Net Estate : | $16,732.69 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******93-65** | 10,597.69 | 20.33 | 0.00 |
| **Checking # 9200-******93-66** | 6,135.00 | 16,712.36 | 0.00 |
| | $16,732.69 | $16,732.69 | $0.00 |

{} Asset reference(s)